

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA

# PRO MEMO

10/05/2015 01:30 PM

COURTROOM   9A

## HONORABLE CARYL DELANO

CASE NUMBER:                              FILING DATE:

**8:15-bk-07453-CED**        **13**          **07/21/2015**

**Chapter 13**

**DEBTOR:**      Mary McDaniels


**DEBTOR ATTY:**   **Scott Stamatakis**

**TRUSTEE:**        **Kelly Remick**

**HEARING:**

(1) Initial Confirmation Hearing
- Objection to Confirmation of Plan Filed by Jason A Weber on behalf of Creditor BAYVIEW LOAN SERVICING, LLC;   Doc #16
+(2) Motion to Dismiss Case. For Failure to Comply With the Order Establishing Duties, and Notice of Hearing Filed by Trustee
                    Kelly Remick Doc #17

**APPEARANCES::** Mara Mandell

**WITNESSES:**

**EVIDENCE:**

**RULING:**
(1) Initial Confirmation Hearing

- Objection to Confirmation of Plan Filed by Jason A Weber on behalf of Creditor BAYVIEW LOAN SERVICING, LLC;   Doc #16

+(2) Motion to Dismiss Case. For Failure to Comply With the Order Establishing Duties, and Notice of Hearing Filed by Trustee
Kelly Remick Doc #17 -   Granted without 14 days to convert O/Trustee
Proposed Orders, if applicable, should be submitted within three days after the date of the hearing - Local Rule 9072-1(c). Orders
not submitted by the time of closing will result in motions/objections/applications being denied as moot. This docket
entry/document is not an official order of the Court.